No. 2,853.—D. R. SNIDER ET AL., APPELLANTS, *v.* BENJAMIN YARBROUGH ET AL., RESPONDENTS.

*Appeal from District Court, Madison County; Llew. L. Callaway, Judge.*

Decided July 2, 1910.

PER CURIAM.—Respondents' motion to dismiss the appeal herein, supported by affidavits and certificates of clerk of the district court, heretofore submitted, is, after due consideration, by the court sustained and the appeal is dismissed accordingly. (Mr. Justice Smith dissenting.)

*Messrs. Clayberg, Maloney & O'Flynn,* for Appellants.

*Messrs. Clark & Duncan,* for Respondents.

———

No. 2,852.—THE STATE OF MONTANA EX REL. LUDWIG SCHATZ, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, RESPONDENT.

Original application for writ of supervisory control.

Decided July 6, 1910.

PER CURIAM.—It is ordered that the above-entitled proceeding be, and the same is hereby, dismissed without prejudice.

*Messrs. Clayberg, Maloney & O'Flynn,* for Relator.